**UNITED STATES DISTRICT COURT**      **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| HANZHA DARBY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:20-CV-317 |
| | § | |
| ADMIN. WARDEN SHULTS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Hanzha Darby, an inmate confined at the United States Penitentiary in Beaumont, Texas, proceeding *pro se*, brought the above-styled lawsuit.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this action for failing to exhaust administrative remedies and for want of prosecution (docket entry nos. 3 and 7).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of each report was sent to plaintiff at the address provided to the court. No objections to the Reports and Recommendations of United States Magistrate Judge were filed by the parties.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the reports of the Magistrate Judge are **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 25th day of September, 2020.

*Marcia A. Crone*

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE